**Electronically Filed**
**Supreme Court**
**SCWC-14-0001300**
**13-APR-2018**
**01:03 PM**

SCWC-14-0001300

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

———————————————————————————————————

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

JOHN LESLIE GALLAGHER, Petitioner/Defendant-Appellant.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001300; CR. NO. 13-1-0972(3))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on March 1, 2018, is hereby accepted and

will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, April 13, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

